*VIRGINIA:*

PUBLISHED

*In the Court of Appeals of Virginia on* **Tuesday** *the* **26th** *day of* **July, 2022**.

Paul H. Lundmark, Appellant,

against    Record No. 0677-21-2
Circuit Court No. CR21-299-00M

Commonwealth of Virginia, Appellee.

Upon a Petition for Rehearing En Banc

Before Chief Judge Decker, Judges Humphreys, Beales, Huff, O'Brien, AtLee, Malveaux, Athey, Fulton, Ortiz, Causey, Friedman, Chaney, Raphael, Lorish, Callins and White

On April 12, 2022, the Court granted the appellant's petition for rehearing *en banc* and ordered briefing as to whether this Court has jurisdiction over this case.

Having received the briefs of the appellant, Henrico County, and the Attorney General, and considering that Henrico County has now expressly waived any defect associated with the notice of appeal, the Court has determined that it has jurisdiction over this case. *See Nicholson v. Commonwealth*, 300 Va. 17, 24 (2021). Accordingly, the appeal is reinstated on the docket of the Court. The time for filing the opening brief in this case shall recommence from the date of entry of this order.

Upon further consideration whereof, the style of this case hereby is amended to reflect that Henrico County is the proper appellee and shall hereinafter be styled as *Paul H. Lundmark v. Henrico County*. The Commonwealth's Attorney for Henrico County represents the appellee, and the Attorney General is relieved of any further involvement in this case.

A Copy,

Teste:

A. John Vollino, Clerk
*original order signed by a deputy clerk of the*
By:    *Court of Appeals of Virginia at the direction*
*of the Court*
Deputy Clerk